AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00339 |
| Tony Gill | ) Assigned To : Harvey, G. Michael |
| | ) Assign. Date : 12/6/2023 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____Tony Gill_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) - (Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(G) - (Parading, Demonstrating, or Picketing in a Capitol Building).

Date: 12/06/2023

Digitally signed by G. Michael Harvey
Date: 2023.12.06 10:57:37 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.     Honorable G. Michael Harvey, United States Magistrate Judge

---

### Return

This warrant was received on *(date)* 12/04/2023, and the person was arrested on *(date)* 12/12/2023
at *(city and state)* Front Royal, VA.

Date: 12/12/2023

*Arresting officer's signature*

Britany Perkins / Special Agent
*Printed name and title*